A1 Image Office Systems
PO Box 833691
Richardson, TX 75083

Adobe
345 Park Ave
San Jose, CA 95110

Aerotek, Inc.
PO Box 198531
Atlanta, GA 30384

Airgas USA, LLC
P.O Box 734671
Dallas, TX 75373

Allianz Trade
100 International Drive
22nd FL
Baltimore, MD 21202

Amazon
1200 12th Avenue South
Suite 1200
Seattle, WA 98144

Amercian Express (Blue)
200 Vesey St
New York, NY 10285

Ana Pinto Becerra
708 Tower Rd
Wylie, TX 75098

Arlando Davis
1369 N Hampton RdApt 4
Desoto, TX 75115-3160


Asia Actual
6717 Walebridge Lane
Austin, TX 78739


Astrodyne
36 Newburgh Road
Hackettstown, NJ 07840


Beijing Regis Solution Co., Ltd.
Room 333, Qifa Tower F, No. 2
Middle Road Chaoyang District
Beijing, CN 100029


Bell Nunnally
2323 Ross Ave
Suite 1900
Dallas, TX 75201


Belluscura plc
15 Fetter Lane
London, UK EC4A 1BW


Bird Precision
One Spruce Street
PO Box 540569
Waltham, MA 02454

Branson Ultrasonics Corporation
120 Park Ridge Road
Brookfield, CT 06804

Brian S Brown
5908 Glen Heather Drive
Plano, TX 75093

Brinks
1990 Wittington PlaceSuite 200
Farmers Branch, TX 75234

Brown and Brown Insurance
300 N. Beach St
Daytona Beach, FL 32114

CGR Products, Inc.
4655 US 29 North
Greensboro, NC 27405

Christian Monroe
412 Eastwood Ln
Daytona Beach, FL 32118

Citicard Costco
388 Greenwich St
New York, NY 10013

Citrix Sharefile
4988 Great America Parkway
Santa Clara, CA 95054

CNA Insurance
PO Box 74007619
Chicago, IL 60674


CohnReznick LLP (BKM)
14675 Dallas Parkway
Suite 150
Dallas, TX  75254


CT Corporation
PO BOX 4349
Carol Stream, IL 60197


Cubic Sensor and Instrument Co
Fenghuang No.3 Road
Fenghuang Industrial Park
Eastlake Hi-tech Development Zone
Wuhan, 430205, China


DHL Express
16855 Northchase Dr.
Suite 400
Houston, TX 77060


DigiKey
701 Brooks Avenue
South Thief River Falls, MN 56701


DNV Healthcare USA Inc.
PO BOX 74008863
Chicago, IL 60674

Donald Sim
3154 Pebblebrook Drive
Garland, TX 75044


Dwayne Thompson
4200 St Albans Dr
Plano, TX 75093


Eckert Seamans Cherin & Mellott
P.O. Box 643187
Pittsburgh, PA 15264


Edwards Printing Service
7651 Main St.
Suite 200
Frisco, TX 75034


Electro-Connect Inc
12000 W. Park Place
Suite 100
Milwaukee, WI 53224


Epec LLC
176 Samuel Barnet Boulevard
New Bedford, MA 02745


Fedex
942 S Shady Grove Rd
Memphis, TN 38120


Fluid IT Services
301 Leora LaneSte 420
Lewisville, TX 75056

Franklin National
7007 College Boulevard
Suite 150
Overland Park, KS 66211


Gary Gulyas
1326 San Antone Lane
Lewisville, TX 75077


Google
1600 Amphitheatre Parkway
Mountain View, CA 94043


Greenlight Guru
601 S Meridian St.
Suite 2H
Indianapois, IN 46225


Hans Rudolph
8325 Cole Parkway
Shawnee, KS 66217


Imperative
1550 West Berry Street
Fort Worth, TX 76110


InnoMax Medical Technology, LTD
7/F, Building 2, Yinxing Zhijie Phase 3,
No. 1301-84,  Sightseeing Road, Guanlan Street
Longhua District, Shenzhen, China

Inventus Power
1200 Internationale Parkway
Woodridge, IL 60517


International Organiztion for Standardization
Chemin de Blandonnet 8, 1214
Vernier (Geneva), Switzerland


Jay Miller
2150 Ashmore Court
Ames, IA 50014


Jenkins Blake Raymoan
2630 Wells Court
Cedar Hill, TX75104


JPMorgan Chase
8181 Communications Pkwy
Plano, TX 75024


Juan Morla Cruz
1217 Shawnee Trail
Carrollton, TX 75007


Kaizen CPA Limited
Rooms 1203-06, 12/F, Di Wang Commercial Centre 5002
Shennan Road East, Luohu District
Shenzhen, China 121203-06


Keith A Cook
5079 White Pine Dr
Royce City, TX 75189

Kevin Babisak
1410 Bent Spur Drive
Denton, TX 76207


Konstantin Grey
3301 South Malaya Court
Aurora, CO 80013


Labelmaster
5724 N Pulaski Road
Chicago, IL 60646


LK Supply Chain Ltd.
NO.287-289 Reclamation Street
Flat Room 1303, 13/F
Cheong Tai Building
Hong Kong, China


Luoyang Jalon Micro-Nano New Materials Co., LTD
Junmin Road, Industrial Cluster District, Yanshi
Henan, China


Marissa Dickie
2417 Royal Troon Drive
Plano, TX 75025


Mark D Vines
400 Birchwood Lane
Haslet, TX 76052

McMaster-Carr
PO Box 7690
Chicago, IL 60680


Melissa Sandoval
2425 Spruce Ct
Little Elm, TX 75068-6931


Micro-Semiconductor
Unit 13 14F Lippo Sun Plaza
28 Canton Road
Tsim Sha Tsui, KLN
Hong Kong, China


Microsoft
1 Microsoft Way
Redmond, WA 98052


Moco, Inc
5500 Democracy Dr
Suite 120
Plano, TX 75024


Mode Transportation
PO Box 654371
Dallas, TX 75265


Muhammad Azam
4217 Baccarat Drive
Garland, TX 75043

MZ US LLC
1325 Snell Isle Blvd NEUnit 805
Saint Petersburg, FL 33704


NEFF - Intek Systems
Department 116246
PO Box 5211
Binghamton, NY 13902


Nickolas Vinh
19506 Lakeside View Drive
Spring, TX 77388


Omer Usmani
1730 Rustic Dr. Apt 104
Lapeer, MI 48446


Orange Coast Pneumatics, Inc.
3810 Prospect Avenue
Unit A
Yorba Linda, CA 92886


OXIGRAF
238 E. Caribbean Dr.
Sunnyvale, CA 94089


Panitch Schwarze
2001 Market Street
Suite 2800
Philadelphia, PA 19103

Paradigm NPD, LLC
3200 Berry Hollow Drive
Melissa, TX 75454


Parker Hannifin Corporation
7930 Collection Centre Drive
Chicago, IL 60693


Patricia Anne Rhodes
1319 Springview Drive
Allen, TX 75002


Powercast Corporation
620 Alpha Drive
Pittsburgh, PA 15238


PowerSupplyMall.com
409 Canton St
Unit 5
Stoughton, MA 02072


Proto Labs, Inc.
5540 Pioneer Creek Dr.
Maple Plain, MN 55359


QRS Solutions
2140 E Southlake Blvd
Suite L703
Southlake, TX 76092


Robert Allen Lee
335 Wood Trace Drive
Alpharetta, GA 30022

Robert M Rauker
5117 Runnin River Dr
Plano, TX 75093


Robert S Fary
2409 West Bent Tree Drive
Phoenix, AZ 85085


Sager Power System
4642 Western Avenue
Lisle, IL 60532


Saniya Salim Ueckert
3420 Elkhart Drive
Sachse, TX 75048


Sarah M Clark
2734 Spyglass Ct
Carrollton, TX 75007


SGS
201 Route 17
Rutherford, NJ 07070


Shelli Bourque
3580 Rochester Road
Dryden, MI 48428


SimpliSafe
100 Summer Street
Third Floor
Boston, MA 02110

Somaly Chheng
3919 Mountain Dr.
Princeton, TX 75407


Spectrum
400 Atlantic Street10th Floor
Stamford, CT 06901


Speedier Logistics Inc.
175-01 Rockaway Blvd. Ste. 305
Jamaica, NY 11434


Stephen Gould Corporation
4350 Renaissance Parkway
Cleveland, OH 44128


Stephen Koressel
644 Horan Court
Castle Pines, CO 80108


Stonegate Capital Partners, Inc.
500 Crescent Ct
Suite 370
Dallas, TX 75201


Stoneridge Software LLC
2000 44th St. S.
Suite 101
Fargo, ND 58103

TestForce USA
4552 Sunbelt Dr
Addison, TX 75001


The Lee Company
2 Pettipaug Road
PO Box 424
Westbrook, CT 06498


The O-Ring Store, LLC
1847 Wilma Dr.
Clarkston, WA 99403


The Soundcoat Company, Inc.
1 Burt Drive
Deer Park, NY 11729


Thomas by Gardner Denver
1419 Illinois Avenue
Sheboygan, IL 53081


Thomas D Smith
2570 Lake Ridge Rd
The Colony, TX 75056


U.S. FDA Center for Devices
10903 New Hampshire Ave
Building 66, Room #1423
Silver Spring, MD 20903


Uline Shipping Supply Specialists
PO Box 88741
Chicago, IL 60680

UPS
55 Glen Lake Parkway NE
Atlanta, GA 30328

Vanessa Sandoval
8811 Eldorado Parkway
Frisco, TX 5033

Vanguard
PO Box 28067
New York, NY 10087

Vexos
110 Commerce Drive
Lagrange, OH 44050

Xometry
6116 Executive Blvd
Suite 800
North Bethesda, MD 20852-4920

Zoho Corporation
4141 Hacienda Drive
Pleasanton, CA 94588